UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-CV-07248-FWS-DSR Date: September 29, 2026

Title ***Vern G. Autrey v. Joshua Johnson, et al.***

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE FAILURE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT (DOC. NO. 17)**

Before the Court is Defendants' Motion to Dismiss Plaintiff Vern G. Autry's prisoner civil rights Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). See Doc. No. 17. On August 3, 2026, the Court issued an Order Setting Briefing Schedule on Defendant's Motion to Dismiss. See Doc. No. 18. Pursuant to that Order, Plaintiff's written Opposition to Defendant's Motion was due to be filed and served no later than September 8, 2026. Id. Alternatively, Plaintiff was permitted to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) no later than August 24, 2026. Id. To date, Plaintiff has not filed an Opposition to the Motion to Dismiss or an amended pleading.

Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing, no later than fourteen (14) days from the date of this Order why the Court should not recommend that Defendant's Motion to Dismiss be granted as unopposed. Plaintiff may discharge this show-cause order by filing an Opposition to Defendant's Motion to Dismiss within this deadline, or alternatively, a First Amended Complaint. If Plaintiff chooses to file a First Amended Complaint, it should bear the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-CV-07248-FWS-DSR Date: September 29, 2026

Title ***Vern G. Autrey v. Joshua Johnson, et al.***

docket number assigned to this case (2:25-cv-07248-FWS-DSR), be labeled "First Amended Complaint," and be complete in and of itself without reference in any manner to the Complaint or any other document (except any document that Plaintiff chooses to attach to the First Amended Complaint as an exhibit).

If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

PLAINTIFF IS ADVISED THAT FAILURE TO FILE A TIMELY OPPOSITION TO THE MOTION TO DISMISS OR AN AMENDED PLEADING WILL BE DEEMED CONSENT TO THE GRANTING OF THE MOTION AND WILL RESULT IN A RECOMMENDATION THAT THE MOTION BE GRANTED.

IT IS SO ORDERED

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).

:

**Initials of Preparer** LK